**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01282-CV

### CHARLENE FULLERTON TIGERT, Appellant

### V.

### TOMMY RAY TIGERT, ET AL., Appellees

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-08-1316-02**

## ORDER

We **GRANT** appellant's February 21, 2013 agreed motion for an extension of time to file a reply brief/cross-appellee's brief. We **ORDER** the reply brief/cross-appellee's brief tendered to this Court by appellant on February 26, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE